```
Rachel Kaufman (SBN 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

David S. Ratner, Esq. (SBN 316267)
David Ratner Law Firm, LLP
david@davidratnerlawfirm.com
33 Julianne Court
Walnut Creek, CA 94595
Telephone: (917) 900-2868
Facsimile: (925) 891-3818
```

*Attorneys for Plaintiff and the putative Classes*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN EDWARDS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EHEALTH INC.,** a Delaware corporation,<br><br>*Defendant.* | Case no. 3:19-cv-02071-NC<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Bryan Edwards hereby dismisses his claims against Defendant eHeath Inc. without prejudice with each party to bear its own attorneys' fees and costs.

Dated:  May 9, 2019         */s/ Rachel E. Kaufman*
                            Rachel Kaufman (SBN 259353)
                            rachel@kaufmanpa.com
                            KAUFMAN P.A.
                            400 NW 26th Street

Miami, FL 33127
Telephone: (305) 469-5881

David S. Ratner, Esq. (SBN 316267)
David Ratner Law Firm, LLP
33 Julianne Court
Walnut Creek, CA 94595
Telephone: (917) 900-2868
Facsimile: (925) 891-3818
Email: david@davidratnerlawfirm.com

*Attorneys for Plaintiff and the putative Classes*